In the Matter of the Petition of EMMA S. STARBUCK, as Executrix of CHARLES A. STARBUCK, Deceased, Respondent.

ARTHUR W. GRAEF et al., Respondents; EMPIRE TRUST COMPANY et al., Appellants.

*Surrogate's Court — practice — power of surrogate to modify prior decree fixing allowance to attorneys for estate.*

*Matter of Starbuck,* 221 App. Div. 702, affirmed.

(Argued April 12, 1928; decided May 1, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1927, which reversed a decree of the Westchester County Surrogate's Court purporting to modify a prior decree making an allowance to attorneys for the estate of Charles A. Starbuck, deceased. The Appellate Division held that the surrogate was without power to modify his prior decree and to reduce the allowance therein made to counsel.

*Melber B. Chambers, Henry L. Wheeler, Jr.,* and *Stuart McNamara* for appellants.

*Wallace T. Stock* and *Arthur W. Graef* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CRANE, J.